IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 APR 21 PM 4: 1_

ROBERT R. DI_ _UIO
CLERK, U.S. DI_ CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 04-20433-B |
| vs. | ) | |
| | ) | |
| OLANDER TAYLOR, | ) | 18 U.S.C. § 922(g) |
| | ) | |
| Defendant. | ) | |

## ORDER DISMISSING INDICTMENT

Upon Motion of the United States of America, pursuant to Fed. R. Crim. P. 48, to dismiss indictment 04-20433 returned against OLANDER TAYLOR on October 19, 2004, it is hereby ORDERED, ADJUDGED AND DECREED THIS 21st day of April, 2005, that the indictment herein is dismissed, rendering all pending motions moot..

UNITED STATES DISTRICT JUDGE

DATE: 4/20/05

APPROVED: Katrina U. Earley
Katrina U. Earley
Assistant United States Attorney
167 N. Main Street, Suite 800
Memphis, TN 38103
(#019367 Tennessee)

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CR-20433 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT